## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 384 EAL 2014
:
:
Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
v. :
:
:
KEVIN RUFFIN, :
:
Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.